# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161717

THREE RIVERS METAL RECYCLERS, LLC,
DAVE RITZER, d/b/a STEVE'S AUTO
PARTS, and KEVIN ROBERTS, d/b/a
BROKERS SERVICE,
         Plaintiffs-Appellants,

v

TOWNSHIP OF FABIUS,
         Defendant-Appellee.

SC: 161717
COA: 347583
St. Joseph CC: 16-001037-CH

_____/

On order of the Court, the application for leave to appeal the June 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



b0419

Clerk